BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
TRACY L. MAINGUY, Bar No. 176928
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bhinkle@unioncounsel.net
         clozano@unioncounsel.net
         tmainguy@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNDERGROUND SPECIALTIES CENTRAL COAST, INC., a California Corporation, et al.,<br><br>Defendants. | No. 18-cv-03700-EDL<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE; REQUEST TO VACATE CASE MANAGEMENT CONFERENCE** |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs voluntarily dismiss the above-captioned action without prejudice.  Said voluntary dismissal without an order of the Court is appropriate since Defendant has not filed an answer or responsive pleading in this matter.

/ / /

/ / /

/ / /

/ / /

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

A case management conference has been scheduled for October 2, 2018 at 10:30 a.m. With this request for dismissal, Plaintiffs also request that said case management conference be vacated.

Dated:  September 13, 2018                         WEINBERG, ROGER & ROSENFELD
                                                                         A Professional Corporation


                                                                         */s/ Concepcion E. Lozano-Batista*
                                                      By:      CONCEPCIÓN E. LOZANO-BATISTA
                                                                         Attorneys for Plaintiffs

145232\986676

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
NOTICE OF DISMISSAL WITHOUT PREJUDICE; REQUEST TO VACATE CASE MANAGEMENT CONFERENCE         Case No. 18-cv-03700-EDL

**PROOF OF SERVICE**
**(CCP §1013)**

I am a citizen of the United States and resident of the State of California. I am employed in the County of Alameda, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years and not a party to the within action.

On September 13, 2018, I served the following document(s) in the manner described below:

**NOTICE OF DISMISSAL WITHOUT PREJUDICE; REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**

☑ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Alameda, California.

☑ (BY ELECTRONIC SERVICE) By electronically mailing a true and correct copy through Weinberg, Roger & Rosenfeld's electronic mail system from rfortier-bourne@unioncounsel.net to the email addresses set forth below.

On the following part(ies) in this action:

Ms. Denise Schmidt
SCHMIDT & ASSOCIATES
P.O. Box 311
Walnut Creek, CA  94597
Email:  denisemschmidtesq@gmail.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 13, 2018, at Alameda, California.

*/s/ Rhonda Fortier-Bourne*
Rhonda Fortier-Bourne

145232\986676

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

PROOF OF SERVICE
Case No. 18-cv-03700-EDL